STATE of Maine

v.

**John W. VALLI, Jr. and Peter Biron.**

Supreme Judicial Court of Maine.

Argued Sept. 4, 1986.
Decided Sept. 9, 1986.

Mary C. Tousignant, Dist. Atty., Anne H. Jordan (orally), Asst. Dist. Atty., Alfred, for the State.

George F. Wood (orally), Sanford, for John W. Valli, Jr.

Reiner and Bouffard, Gary H. Reiner (orally), Kittery, for Peter Biron.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The State appeals from two orders of the District Court, Springvale and Kittery, setting aside separate civil OUI adjudications on the ground that 29 M.R.S.A. § 1312–C (Supp.1984) was held to be unconstitutional in *State v. Freeman*, 487 A.2d 1175 (Me. 1985). These appeals are controlled by our decision in *State v. Reny and Breton*, 511 A.2d 1066 (Me.1986). Accordingly, the District Court judgments remain valid.

The entry is:

Judgments vacated.

Remanded for entry of judgments vacating the District Court orders and directing denial of defendants' motions.

All concurring.

STATE of Maine

v.

**Alpheus POLAND.**

Supreme Judicial Court of Maine.

Argued Sept. 4, 1986.
Decided Sept. 10, 1986.

John R. Atwood (orally) Dist. Atty., Wiscasset, for the State.

Joel Bowie, Damariscotta, Andrews B. Campbell (orally) Bowdoinham, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Alpheus Poland appeals from a judgment of the Superior Court, Lincoln County, entered on a jury verdict of guilty of gross sexual misconduct in violation of 17–A M.R.S.A. § 253(1)(B) (1985). He challenges the admission of hearsay testimony without objection and the sufficiency of the evidence. Our review of the record discloses that the admission of the hearsay testimony did not rise to the level of obvious error, *see State v. True*, 438 A.2d 460, 468 (Me. 1981), and a trier of fact rationally could find beyond a reasonable doubt every element of the offense charged. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.